UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re NATHAN and DAROLEEN PACO

    Appellants.

_____/

No. C 09-01983 MHP

**ORDER DISMISSING APPEAL**

    A notice of appeal from an order of the Bankruptcy Court for this District was filed on May 6, 2009. The Notice of Designation of Record and Statement of Issues on Appeal were filed on May 20, 2009. On August 6, 2009 the record on appeal was filed and the Clerk of this Court issued a Notice of Briefing setting the date for the filing of appellant's opening brief for September 8, 2009. Since that date appellant has filed no brief, has not requested an extension of time for the filing of the brief, or otherwise responded. Therefore, in accordance with Federal Rule of Bankruptcy Procedure 8010(a),

    IT IS HEREBY ORDERED that this appeal is DISMISSED for failure to prosecute the appeal.

Date: March 10, 2010

_____
MARILYN HALL PATEL
United States District Court Judge